**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PNC BANK, NATIONAL ASSOCIATION,

    Plaintiff,

v.                                        Case No. 6:14-cv-248-Orl-37KRS

LUCMAUR, LLC; CENTER FOR DERMATOLOGY & SKIN SURGERY, ENID F. BURNETT, MD, P.A.; ENID F. BURNETT; and LONGWOOD OFFICE PARK OWNERS ASSOCIATION, INC.

    Defendants.

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Motion to Strike Defendants' Affirmative Defense (Doc. 53), filed July 15, 2014;

2. Plaintiff's Motion to Dismiss Defendants', LucMaur, LLC. a/k/a LucMaur, LLC, Center for Dermatology & Skin Surgery, Enid F. Burnett, M.D., P.A., and Enid F. Burnett's, Counterclaims and Motion to Strike Jury Trial Demand (Doc. 54), filed July 15, 2014;

3. Response to Plaintiff's Motion to Strike Defendants' Affirmative Defense (Doc. 58), filed August 20, 2014;

4. Response to Plaintiff's Motion to Dismiss Counterclaim and Motion to Strike Jury Trial Demand (Doc. 59), filed August 20, 2014; and

5. Magistrate Judge Karla R. Spaulding's Report and Recommendation

(Doc. 64), filed October 14, 2014.

In this commercial foreclosure action, Plaintiff filed a Verified Complaint alleging that Defendant LucMaur, LLC defaulted on a $1,170,000 note, entitling Plaintiff to foreclose its related security interests and enforce its related guarantees. (*See* Doc. 1, ¶¶ 4–79.) In response, Defendants filed two documents: (1) an Answer, in which they raised the affirmative defense of fraud (*see* Doc. 47, ¶ 36); and (2) a separate document entitled "Counter Claim," in which they allege recession and fraud counterclaims (*see* Doc. 48, ¶¶ 41–48). Plaintiff now moves to strike the affirmative defense and dismiss the counterclaims. (*See* Docs. 53, 54.) Defendants oppose. (*See* Docs. 58, 59.)

In a well-reasoned Report and Recommendation ("R&R"), Magistrate Judge Karla R. Spaulding recommends granting the motion to dismiss in part and dismissing Defendants' counterclaims without prejudice.[1] (*See* Doc. 64, p. 13.) Moreover, because counterclaims are not permissible independent pleadings—they must instead be raised as part of an answer, *see* Fed. R. Civ. P. 7, 13—Magistrate Judge Spaulding recommends granting Defendants leave to reallege their counterclaims in an amended answer if Defendants can do so consistently with Federal Rules of Civil Procedure 9 and 11. (*See id.*) Additionally, as the filing of an amended answer would moot Plaintiff's motion to strike, Magistrate Judge Spaulding recommends denying the motion to strike without prejudice to its reassertion after Defendants choose whether to file an amended answer. (*See id.* at 13–14.)

The objections period has expired, and no party has objected to the R&R.

---

[1] To the extent that Plaintiff seeks dismissal with prejudice, Magistrate Judge Spaulding recommends denial of the motion. (*See* Doc. 64, p. 13.)

2

*See* Fed. R. Civ. P. 72(b)(2). Upon review and in the absence of objection, the Court finds that the R&R is due to be adopted and confirmed and made a part of this Order. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. Magistrate Judge Karla R. Spaulding's Report and Recommendation (Doc. 64) is **ADOPTED AND CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Dismiss Defendants', LucMaur, LLC. a/k/a LucMaur, LLC, Center for Dermatology & Skin Surgery, Enid F. Burnett, M.D., P.A., and Enid F. Burnett's, Counterclaims and Motion to Strike Jury Trial Demand (Doc. 54) is **GRANTED IN PART AND DENIED IN PART**.

    a. The motion is **GRANTED** to the extent that Defendant's Counter Claim (Doc. 48) is **DISMISSED WITHOUT PREJUDICE**.

    b. In all other respects, the motion is **DENIED**.

3. On or before Friday, November 21, 2014, Defendants may file an amended answer realleging the counterclaims addressed in the R&R if they can do so consistently with Federal Rules of Civil Procedure 9 and 11.

4. Plaintiff's Motion to Strike Defendants' Affirmative Defense (Doc. 53) is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 5, 2014.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record