**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PNC BANK, NATIONAL ASSOCIATION,

      Plaintiff,

v.                                    Case No. 6:14-cv-248-Orl-37KRS

LUCMAUR, LLC; CENTER FOR DERMATOLOGY & SKIN SURGERY, ENID F. BURNETT, MD, P.A.; ENID F. BURNETT; and LONGWOOD OFFICE PARK OWNERS ASSOCIATION, INC.

      Defendants.

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Motion for Appointment of Master to Conduct Foreclosure Sale and Incorporated Memorandum of Law (Doc. 87), filed February 12, 2015;

2. Plaintiff's Motion for Leave to File Original Promissory Note (Doc. 88), filed February 12, 2015;

3. Plaintiff PNC Bank's Renewed Motion for Entry of Default Final Judgment Against Defendant Longwood Office Park Owners Association, Inc. (Doc. 89), filed February 12, 2015;

4. Magistrate Judge Karla R. Spaulding's Report and Recommendation on Plaintiff PNC Bank's Renewed Motion for Entry of Default Final Judgment Against Defendant Longwood Office Park Owners Association, Inc. (Doc. 100), filed May 1, 2015; and

    5.    Magistrate Judge Karla R. Spaulding's Report and Recommendation on Plaintiff's Motion for Appointment of Master to Conduct Foreclosure Sale and Plaintiff's Motion for Leave to File Original Promissory Note (Doc. 101), filed May 4, 2015.

Plaintiff in this breach-of-contract, commercial foreclosure action has already secured summary judgment against Defendants LucMaur, LLC; Center for Dermatology & Skin Surgery, Enid F. Burnett, MD, PA; and Enid F. Burnett. (*See* Docs. 82, 96.) It now moves for entry of a default judgment against the remaining Defendant, Longwood Office Park Owners Association, Inc. (the "Association"). (Doc. 89.) Plaintiff additionally moves for: (1) leave to tender the $1,170,000 promissory note at issue in this action (the "Note") to the Clerk of the Court for cancellation (Doc. 88); and (2) the appointment of a special master to conduct a foreclosure sale of the real property securing the note (Doc. 87).

In two well-reasoned Reports and Recommendations ("R&Rs"), Magistrate Judge Karla R. Spaulding recommends granting all of Plaintiff's motions. (Docs. 100, 101.) The objections period has expired, *see* Fed. R. Civ. P. 72(b)(2), and Defendants have not objected to the R&Rs. Upon consideration and after a fairness review, the Court finds that the R&Rs are due to be adopted and confirmed and Plaintiff's motions are due to be granted in the manner addressed below.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1.    Magistrate Judge Karla R. Spaulding's Report and Recommendation on Plaintiff PNC Bank's Renewed Motion for Entry of Default Final Judgment Against Defendant Longwood Office Park Owners Association, Inc. (Doc. 100) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff PNC Bank's Renewed Motion for Entry of Default Final Judgment Against Defendant Longwood Office Park Owners Association, Inc. (Doc. 89) is **GRANTED**.

   a. Plaintiff's lien in the Secured Property addressed in the Complaint (Doc. 1, ¶¶ 17–18; Doc. 1-1, pp. 5–23) is superior to any interest that the Association has in the Secured Property.

   b. The Association's interest in the Mortgaged Property addressed in Count II of the Complaint (Doc. 1, ¶¶ 43–49) is **FORECLOSED** as to Plaintiff.

   c. The Association's interest in the Leases and Rents addressed in Count III of the Complaint (*id.* ¶¶ 50–59) is **FORECLOSED** as to Plaintiff.

   d. The Association's interest in the Personal Property addressed in Count IV of the Complaint (*id.* ¶¶ 60–65) is **FORECLOSED** as to Plaintiff.

3. Magistrate Judge Karla R. Spaulding's Report and Recommendation on Plaintiff's Motion for Appointment of Master to Conduct Foreclosure Sale and Plaintiff's Motion for Leave to File Original Promissory Note (Doc. 101) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

4. Plaintiff's Motion for Appointment of Master to Conduct Foreclosure Sale (Doc. 87) and Plaintiff's Motion for Leave to File Original Promissory Note (Doc. 88) are **GRANTED**.

5. Plaintiff is **DIRECTED** to tender the Note to the Clerk of the Court for

cancelation and then to file a written notice that the Note has been tendered. After Plaintiff has filed the notice of tendering, the Court will, by separate order, enter a foreclosure judgment and appoint Philip J. von Kahle as a special master. *See* Fed. R. Civ. P. 53, 58.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 29, 2015.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record