**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PNC BANK, NATIONAL ASSOCIATION,

      Plaintiff,

v.	Case No. 6:14-cv-248-Orl-37KRS

LUCMAUR LLC; CENTER FOR DERMATOLOGY & SKIN SURGERY, ENID F. BURNETT, MD, P.A.; ENID F. BURNETT; and LONGWOOD OFFICE PARK OWNERS ASSOCIATION, INC.,

      Defendants.

**ORDER**

This cause is before the Court on Plaintiff's Corrected Amended and Renewed Motion to Confirm Foreclosure Sale (Doc. 114), filed September 15, 2015. The Motion is unopposed. (*Id.* at 5.)

On June 3, 2015, the Court entered final judgment in favor of Plaintiff and against all Defendants. (Doc. 105, p. 3.) In a separate Order, the Court appointed Special Master Philip J. von Kahle to conduct a foreclosure sale of specified real property ("Property"), and the Court set forth certain prerequisites necessary to complete the sale. (Doc. 106 ("Foreclosure Sale Order").) Representing that the parties completed the Foreclosure Sale Order prerequisites and that the Special Master conducted the sale on August 13, 2015, Plaintiff requests that the Court confirm the sale and instruct the Special Master to issue a Certificate of Title to Plaintiff. (*See* Doc. 114)

Upon review of Plaintiff's unopposed Motion and the Special Master's Report of

Foreclosure Sale (Doc. 109-1), it is hereby **ORDERED AND ADJUDGED**:

1. Plaintiff's Corrected Amended and Renewed Motion to Confirm Foreclosure Sale (Doc. 114) is **GRANTED**.

2. The Special Master is **DIRECTED** to convey to Plaintiff a Certificate of Title for the Property.

3. In accordance with the Court's directives in its Foreclosure Sale Order (Doc. 106), once the Certificate of Title is recorded: (1) Plaintiff, and its successors and assigns, shall be let into exclusive possession of the Property; and (2) the Clerk of the Court shall, upon motion, and without further order of the Court, issue a Writ of Possession, enforceable by the U.S. Marshall and/or state law enforcement officers.

4. Subject to the provisions of the Foreclosure Sale Order (Doc. 106), which remains in effect, the Court otherwise declines to reserve jurisdiction in this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 28, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

2

Special Master, Philip J. von Kahle